In the Matter of the Application of JOHN F. HUGHES, Respondent, etc., for an Order to Strike from the Register of Voters of the Forty-third Election District of the Fifteenth Assembly District of the County of New York the Names of BELLE ETRA and Others, Appellants.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of CLARENCE B. FARRELL, Appellant, against FERDINAND Q. MORTON and Others, as a Committee to Fill Vacancies and THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of MARTIN J. FLAM, Appellant, for the Determination by the Court of the Validity of a Certain Petition Filed in the Board of Elections of the City of New York, Designating One JOHN E. HAND, Respondent, as Candidate of the Democratic Party for Nomination as a Member of the Board of Aldermen of the City of New York, to Be Voted for at the Primary Election to Be Held on the 17th Day of September, 1935.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of WILLIAM M. POWERS, Respondent, for the Determination by the Court as to the Designation of DANIEL F. COUGHLIN for Alderman in the Fifth Aldermanic District, New York City, and as to the Designation of Said DANIEL F. COUGHLIN and 249 Other Persons as County Committeemen Named in the Petition Known as COUGHLIN PETITION, FIFTH ASSEMBLY DISTRICT, NEW YORK CITY, Appellant.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of CHARLES A. LORETO for an Order of Mandamus Requiring S. HOWARD COHEN, etc., and Others, etc., to Accept for Filing Certain Petitions Designating Him as Candidate for Nomination of Democratic Party for the Office of Justice of the Municipal Court of the City of New York, Borough of Bronx, First District, to Be Voted at the Primary Election to Be Held September 17th, 1935.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN F. HUGHES, etc., Appellant, for an Order to Invalidate and Declare Null and Void the Designating Petition Filed by or on Behalf of Certain Candidates for Members of Democratic County Committee in the Third Election District of the Fifteenth Assembly District, New York County, and for an Order to Strike from the Register of Voters of the Third Election District of the Fifteenth Assembly District of the County of New York, the Names of CHRISTANA MULHALL and EVANGELINE POPHAM, and Similar Applications for the Ninth, Fourteenth, Fifteenth, Twentieth, Twenty-second, Twenty-third, Twenty-ninth and Thirty-first Election Districts, Respectively, Involving the Names of HUGH F. RICCA, JR., and Others.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of EDWARD C. SMITH, Appellant, against S. HOWARD COHEN and Others, etc., and ANDREW J. REISINGER, Candidate for Member of Assembly of the Democratic Party in the Sixteenth Assembly District

of the City and County of New York, Respondents. (Appeal No. 1.) — Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of EDWARD C. SMITH, Appellant, against S. HOWARD COHEN and Others, etc., and ANDREW J. REISINGER, Candidate for Member of Assembly of the Democratic Party in the Sixteenth Assembly District of the City and County of New York, Respondents. (Appeal No. 2.) — Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN E. STACKHOUSE, Appellant, against S. HOWARD COHEN and Others, etc., in Reference to the Democratic Petition of the Twenty-first Assembly District, New York County, Known as the BRUCE PETITION, Respondents.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1935.

In the Matter of the Application of JAMES A. BARKER, Appellant, for the Determination of the Court as to the Designation of LESTER McCOY and MARTHA CONLEY for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of CHARLES BLANK, Appellant, for the Determination of the Court as to the Designation of ROBERT F. BARRETT and ELIZABETH CROFT for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of GEORGE W. BOYCE, Appellant, for the Determination of the Court as to the Designation of HAROLD J. HUGHES and CORA B. HAIGHT for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of MAX FELDMAN, Appellant, for the Determination of the Court as to the Designation of CYRUS BLEAKLEY and NATALIE MASON for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of HENRY GEROW, Appellant, for the Determination of the Court as to the Designation of CHAUNCEY H. SMITH and EVELYN D. POWERS for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.